UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10281 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00494-KJD-VCF-1 |
| v. | District of Nevada, Las Vegas |
| TARL BRANDON, | |
| Defendant - Appellant. | ORDER |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10282 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00209-KJD-VCF-1 |
| v. | District of Nevada, Las Vegas |
| TARL BRANDON, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10283 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00407-KJD-GWF-1 |
| v. | District of Nevada, Las Vegas |
| TARL BRANDON, | |
| Defendant - Appellant. | |

Before: NOONAN, FERNANDEZ, and IKUTA, Circuit Judges.

The memorandum disposition filed on December 11, 2014 is amended as follows:

At page 2, line 23, the following citation is added:

"*Eslaminia v. White*, 136 F.3d 1234, 1237 & n.1 (9th Cir. 1998)"

With this amendment, the panel votes to deny the petition for rehearing. Judge Ikuta votes to deny petition for rehearing en banc and Judge Noonan and Judge Fernandez recommend denying the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.

No further petitions for rehearing and for rehearing en banc will be entertained.